UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    STEVEN WILLIAMS, :
                                Plaintiff, :
                                        : 20 Civ. 2010 (LGS)
            -against- :
                                        : <u>ORDER</u>
    UNITED STATES OF AMERICA, :
                                Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 23, 2020, the Court directed the Government to transmit a copy of the March 23, 2020, Order to Pro Se Plaintiff (Dkt. No. 3). It is hereby

      **ORDERED** that the Government shall file proof of service by **April 3, 2020**.

Dated: April 1, 2020
       New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**