UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    STEVEN WILLIAMS,
                                 Plaintiff,

                          20 Civ. 2010 (LGS)
          -against-

                          <u>ORDER</u>
    UNITED STATES OF AMERICA,
                                Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 23, 2020, the Court directed the Government to transmit a copy of the March 23, 2020, Order to Pro Se Plaintiff (Dkt. No. 3). The March 23, 2020, Order was also docketed in the underlying criminal case, 16 Cr. 526 (Dkt. No. 87).

       WHEREAS no proof of service was filed.

       WHEREAS, on April 1, 2020, the Court ordered the Government to transmit a copy of the March 23, 2020, Order to Pro Se Plaintiff and file proof of service by April 3, 2020 (Dkt. No. 4).

       WHEREAS no proof of service was filed by April 3, 2020.

       WHEREAS, on May 18, 2020, the Government filed notice of appearances (Dkt. Nos. 6-7). It is hereby

       **ORDERED** that the Government shall email if possible and mail a copy of this order and the March 23, 2020, Order to Pro Se Plaintiff and file proof of service by **May 22, 2020**. The Government is reminded that continued failure to comply with Court-ordered deadlines will result in sanctions or prejudice.

Dated: May 21, 2020
New York, New York

                                                       LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE