

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Steven Williams,
                20 Civ. 2010 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's order of June 18, 2020 (Dkt. 11) (the "Order"), this letter certifies that on June 19, 2020, the Government sent the Order to petitioner Steven Williams via the United States Postal Service.

                              Very truly yours,

                              GEOFFREY S. BERMAN
                              United States Attorney

                By:  __s/_____
                       Rebekah Donaleski/ Lara Pomerantz
                       Assistant United States Attorney
                     (212) 637-2423/2343